BERTHA WATKINS, RESPONDENT, v. E. HERMAN
FEINBERG, APPELLANT.

Submitted October 30, 1942—Decided January 22, 1943.

For the respondent, *Abraham L. Motolinsky.*

For the appellant, *Wilbur A. Stevens.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.